UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHARLI ROSE NICHOLS f/k/a SHERI LYNN SMITH, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| VS. | ) ) | 3:16-CV-2654-G (BK) |
| WELLS FARGO BANK, N.A., | ) ) ) | |
| Defendant. | ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. The defendant filed objections, and the court has made a *de novo* review of those portions of the proposed findings, conclusions, and recommendation to which objection was made. The objections are overruled and the court **ACCEPTS** the findings, conclusions and recommendation of the United States Magistrate Judge. The plaintiff's claims are **DISMISSED** without prejudice for want of prosecution pursuant to FED. R. CIV. P. 41(6).

**SO ORDERED**.

May 31, 2017.

*A. Joe Fish*
**A. JOE FISH**
**Senior United States District Judge**